# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**                                                              **Case No.**

                                                                        **Chapter**


**Debtor(s)**

---------------------------------------------------------x


## **VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS**


       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated:

                                                  _____
                                                  Debtor


                                                  _____
                                                  Joint Debtor


                                                  _____
                                                  Attorney for Debtor

657-665 5th Avenue LLC
1030 41st street, Apt. 1
Brooklyn N.Y. 11219

Craig Tilford
657-665 5th Avenue
Brooklyn, N.Y. 10165

Craig Tilford
c/o Michael Stepper, Esq.
13 West 9th Street
N.Y.  N.Y. 10011

Jamie Lee Johnsen
c/o Michael Stepper, Esq.
13 West 9th Street
N.Y.  N.Y. 10011

Jamie Lee Johnsen
657-665 5th Avenue
Brooklyn, N.Y. 10165

Justin Johnson
c/o David E. Frazer
15 Maiden Lane, Suite 1700
N.Y. N.Y. 10038

Justin Johnson
657-665 5th Avenue
Brooklyn, N.Y. 10165

Kelley Cribben
c/o David E. Frazer
15 Maiden Lane, Suite 1700
N.Y. N.Y. 10038

Kelley Cribben
657-665 5th Avenue
Brooklyn, N.Y. 10165

Kutnicki Bernstein Architects, PLLC
277 Broadway, 17th Floor
New York, New York 10007

 Norris Mclaughlin & Marcus
721 Route 202-206, Suite 200
Bridgewater N.J. 08807

Norris Mclaughlin & Marcus
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807

Portfolio Acquisition 4 2017, LLC
C/O Lane Capital Partners,
152 West 57th Street,
 New York, NY 10019, USA

Steven D. Isser
Riemer & Braunstein
Times Square Tower, Suite 2506
Seven times Squarre
N.Y.  N.Y. 10036-6524

Yitzchak E. Soloveichik, Attorney for Plaintiffs
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street, Suite 4600
New York, NY 10165

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

New York State Department of Taxation & Finance
Bankruptcy Section P O Box 5300
Albany New York 12205-0300

NYC Office of Administrative Trials and Hearings
66 John Street, 10th Floor
New York NY 10038

City of New York Law Department
Bankruptcy Section
100 Church Street
New York, NY 10007