**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

| | |
|---|---|
| In re:<br><br>657-665 5TH AVENUE LLC,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br>Case No. 19-45884 (CEC) |

**ORDER GRANTING MOTION OF PORTFOLIO**
**ACQUISITION 4 2017, LLC FOR RELIEF FROM THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) AND 362(D)(3)**

This matter having come before this Court upon the *Motion of Portfolio Acquisition 4 2017, LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(3)* (the "**Motion**")[1], filed by Portfolio Acquisition 4 2017, LLC, due notice having been given, all objections having been resolved or overruled, ***the Court having conducted a hearing on the Motion on March 11, 2020, (CEC)*** and after full consideration of the issues, it is hereby ordered that:

　　　　1.　　　　The Motion is granted.

　　　　2.　　　　Portfolio Acquisition 4 2017, LLC ~~(the "**Lender**")~~,*(CEC)* its successors and/or assigns, is granted relief from the automatic stay to exercise its rights and remedies ~~under its agreements with 657-665 5th Avenue LLC (the "**Debtor**") and~~ *(CEC)* under applicable law. ~~including, (i) exercising its rights under its agreements with the Debtor and under applicable law, including, without limitation, pursuing the Litigation to conclusion and conducting a foreclosure~~

---

[1] All capitalized term used herein and not otherwise defined herein shall have the meanings provided in the Motion.

~~sale of the Mortgaged Property, and taking any and all action as may be necessary and/or appropriate to obtain a judgment authorizing such foreclosure; (ii) making any protective advances provided for in the Mortgages and other Loan Documents that, in the Lender's sole and exclusive discretion, are necessary and/or appropriate to protect the value of the Lender's interest in the Mortgaged Property and prevent further waste; (iii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. § 524(a); and (iv) bringing such actions as are permissible by law to do so.~~  *(CEC)*



Dated: Brooklyn, New York
March 18, 2020

_____
**Carla E. Craig**
**United States Bankruptcy Judge**